UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RORY L. MICKENS,

        Plaintiff,

v.

JAY INSLEE,

        Defendants.

CASE NO. 3:20-cv-05259-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: APRIL 2, 2021

    The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge J. Richard Creatura.

    On March 17, 2020, over 30 *pro se* prisoners filed this case, asserting various violations of their constitutional rights. Dkt. 1. On April 29, 2020, plaintiffs were ordered to show cause, if any they had, why the case should not be separated into individual cases. Dkt. 55. Approximately sixteen plaintiffs responded to the Court's order to show cause (along with two non-party prisoners who also signed the response). Dkt. 58. The undersigned issued a Report and Recommendation, recommending that all parties except the first named plaintiff, Rory Mickens, be dismissed without prejudice to refile their cases, if they choose. Dkt. 59. The Honorable Robert J. Bryan, the District Judge assigned to this matter, adopted the Report and

Recommendation and ordered all but plaintiff Mickens be dismissed without prejudice. Dkt. 65. Judge Bryan ordered plaintiff to file an amended complaint addressing only his individual claims. Dkt. 65.

After several extensions, plaintiff's amended complaint and complete *in forma pauperis* application (including a signed copy of the Acknowledgement and Authorization ("A&A")) were due on or before February 20, 2021. Dkt. 65, 71, 72, 73. Plaintiff was advised that failure to respond the Court's orders would result in the undersigned recommending dismissal for lack of prosecution. Dkt. 65, 72, 73.

Plaintiff has not responded to the Court's orders. Plaintiff has not submitted a complete IFP application including the A&A form or paid the $400.00 filing fee. In addition, plaintiff as failed to file an amended complaint to correct the deficiencies within the Complaint. As Plaintiff has failed to respond to the Court's Orders and prosecute this case, the Court recommends this case be dismissed without prejudice and plaintiff's IFP application be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on April 2, 2021, as noted in the caption.

Dated this 12th day of March, 2021.

_____
J. Richard Creatura
United States Magistrate Judge